IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DASHAUN BROOKS,**

    **Petitioner,**

**v.**                                                                          Case No. 5:25-cv-184-AW-MJF

**RICKY DIXON,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner has not complied with court orders, has not paid the filing fee or moved for leave to proceed *in forma pauperis*, and has not objected to the magistrate judge's report and recommendation (ECF No. 8), which recommends dismissal on those bases. It appears Petitioner has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with court orders, failure to prosecute, and failure to pay the filing fee or seek leave to proceed *in forma pauperis*." The clerk will then close the file.

SO ORDERED on November 21, 2025.

                                                       s/ *Allen Winsor*
                                                       Chief United States District Judge